**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Bernard GAYLE, a/k/a B,
a/k/a Anthony Jackson,
Defendant—Appellant.**

No. 08–7620.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 30, 2009.

Decided: Feb. 23, 2009.

Bernard Gayle, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Gayle appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Gayle,* No. 3:97–cr00085–jpj–1, 2008 WL 2954294 (W.D.Va. July 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*